# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| 2:23-cv-3894 | 2:25-cv-1075 | 2:26-cv-0160 |
| 2:24-cv-3113 | 2:25-cv-1093 | 2:26-cv-0240 |
| 2:24-cv-3998 | 2:25-cv-1122 | 2:26-cv-0241 |
| 2:24-cv-4166 | 2:25-cv-1134 | 2:26-cv-0267 |
| 2:24-cv-4247 | 2:25-cv-1160 | 2:26-cv-0318 |
| 2:25-cv-0044 | 2:25-cv-1174 | 2:26-cv-0410 |
| 2:25-cv-0096 | 2:25-cv-1192 | 2:26-cv-0426 |
| 2:25-cv-0518 | 2:25-cv-1230 | |
| 2:25-cv-0639 | 2:25-cv-1239 | |
| 2:25-cv-0694 | 2:25-cv-1247 | |
| 2:25-cv-0716 | 2:25-cv-1256 | |
| 2:25-cv-0732 | 2:25-cv-1264 | |
| 2:25-cv-0736 | 2:25-cv-1316 | |
| 2:25-cv-0768 | 2:25-cv-1341 | |
| 2:25-cv-0809 | 2:25-cv-1401 | |
| 2:25-cv-0817 | 2:25-cv-1418 | |
| 2:25-cv-0876 | 2:25-cv-1453 | |
| 2:25-cv-0908 | 2:25-cv-1503 | |
| 2:25-cv-0941 | 2:25-cv-1514 | |
| 2:25-cv-0979 | 2:26-cv-0034 | |
| 2:25-cv-1000 | 2:26-cv-0091 | |
| 2:25-cv-1003 | 2:26-cv-0143 | |

## <u>NOTICE</u>

Each of the above-listed cases has previously been identified as ready for a mediation conference in **August 2026**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on June 29, 2026** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio